BACHE, Appellant, *v.* McCABE, Respondent.

*(Common Pleas of New York City and County, General Term.* November 7, 1892.)

Action by John O. Bache against Patrick McCabe.
Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.
No opinion.   Order reversed.

---

HAAS *et al.,* Respondents, *v.* MATHESEN, Appellant.

*(Common Pleas of New York City and County, General Term.* November 7, 1892.)

Action by Samuel Haas and another against Edwin Mathesen.
Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.
No opinion.   Appeal dismissed, with costs.   See 20 N. Y. Supp. 660.

---

PEOPLE *ex rel.* McDONALD, Appellant, *v.* PURROY *et al.,* Respondents.   SAME *v.* Mc-
DERMOTT, Respondent.   SAME *v.* CAHILL, Respondent.

*(Common Pleas of New York City and County, General Term.* November 7, 1892.)

Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.
*L. J. Grant,* for appellant.   *W. L. Findly,* for respondents.
No opinion.   Writ of *certiorari* dismissed by consent.

---

EAVES COSTUME Co., Respondent, *v.* PRATT, Appellant.

*(Common Pleas of New York City and County, General Term.* November 9, 1892.)

Action by the Eaves Costume Company against Thomas H. Pratt.
Argued before DALY, C. J., and BOOKSTAVER and PRYOR, JJ.
No opinion.   Order affirmed, with costs.

---

GLEASON, Respondent, *v.* MEYERS, Appellant.

*(Common Pleas of New York City and County, General Term.* November 10, 1892.)

Action by Robert W. Gleason against Frederick Meyers.
Argued before DALY, C. J., and BOOKSTAVER and PRYOR, JJ.
*A. R. Squier,* for appellant.   *C. F. Wells,* for respondent.
No opinion.   Order reversed, with costs.

---

TAILER, Respondent, *v.* LEE, Appellant.

*(Common Pleas of New York City and County, General Term.* November 10, 1892.)

Action by Robert W. Tailer against Charlotte R. Lee.
Argued before DALY, C. J., and BOOKSTAVER and PRYOR, JJ.
No opinion.   Order affirmed, with costs.

---

GRAUER, Respondent, *v.* GRAUER, Appellant.

*(Common Pleas of New York City and County, General Term.* November 10, 1892.)

Action by Grace Grauer against Frank Grauer.
Argued before DALY, C. J., and BOOKSTAVER and PRYOR, JJ.
No opinion.   Order reversed, with costs, and with leave to appellant to apply for res-
titution.   See 20 N. Y. Supp. 854.

---

LIPPMAN, Respondent, *v.* MATHESIUS, Appellant.

*(Common Pleas of New York City and County, General Term.* November 11, 1892.)

Action by Julius Lippman against William A. Mathesius.
Argued before DALY, C. J., and BOOKSTAVER and BISCHOFF, JJ.
No opinion.   Order affirmed, with costs.